UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VIEIRA, | No. C 11-2672 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN QUENTIN WARDEN M. MARTEL, | |
| Defendant. | |

This *pro se* civil action was received on May 3, 2011, and was stamped "filed" on June 3, 2011. On the day the action was filed, the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 28, 2011

_____
SUSAN ILLSTON
United States District Judge