**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VIEIRA, | No. C 11-2672 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN QUENTIN WARDEN M. MARTEL, | |
| Defendant. / | |

This action is dismissed because the complaint fails to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 16, 2011

_____
SUSAN ILLSTON
United States District Judge