UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VIEIRA, | No. C 11-2672 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN QUENTIN WARDEN M. MARTEL, | |
| Defendant. | |

This action is dismissed because the complaint fails to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 16, 2011

SUSAN ILLSTON
United States District Judge