1
2
3
4
5
6           UNITED STATES DISTRICT COURT

7           NORTHERN DISTRICT OF CALIFORNIA

8

9   RICHARD J. VIEIRA,                        No. C 11-2672 SI (pr)

10              Plaintiff,                     **ORDER**

11        v.

12   SAN QUENTIN WARDEN
     M. MARTEL,
13
                Defendant.
14   _____/

15
            Plaintiff has filed a notice of appeal from the court's order of dismissal.  The court has
16
     received from the U.S. Court of Appeals a referral notice asking whether *in forma pauperis*
17
     status should continue on appeal or whether the appeal is frivolous or taken in bad faith.  The
18
     court now certifies that an appeal by plaintiff would be frivolous and determines that *in forma*
19
     *pauperis* status shall not continue on appeal for plaintiff.
20
            Plaintiff's "motion for transfer of certified record/docket sheet pursuant to F.R.A.P. 10-
21
     11" is GRANTED. (Docket # 16.)  The clerk shall transmit the case file to the U.S. Court of
22
     Appeals.  All further motions should be made to the U.S. Court of Appeals.
23
            IT IS SO ORDERED.
24
     Dated: November 9, 2011                   _____
25
                                               SUSAN ILLSTON
26                                             United States District Judge

27

28